Patrick William Logan J1 T811686

Name and Prisoner/Booking Number

4th ave Jail SMU 22

Place of Confinement

3250 W. Lower Buckeye Road

Mailing Address

Phoenix, AZ 85009

City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 0 1 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Patrick W Logan J1

(Full Name of Plaintiff)

Plaintiff,

v.

(1) City of Scottsdale,

(Full Name of Defendant)

(2) City of Scottsdale Trolley,

(3) Amanda Correa,

(4) Isela Alcontor,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. | **CV23-00739-PHX-DLR--MTM**

(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

(Jury Demand)

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.  JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    ☐ Other: _____

2.  Institution/city where violation occurred: IN THE City of Scottsdale AZ

3.

Revised 12/1/20

1

**550/555**

## B. DEFENDANTS

1. Name of first Defendant: City of Scottsdale. The first Defendant is employed as: City of Scottsdale at City of Scottsdale .
   _(Position and Title)_                    _(Institution)_

2. Name of second Defendant: City of Scottsdale Trolley The second Defendant is employed as: City Transit at City of Scottsdale
   _(Position and Title)_                    _(Institution)_

3. Name of third Defendant: Armando Correa The third Defendant is employed as: lead Dispatcher at City of Scottsdale Trolley
   _(Position and Title)_                    _(Institution)_

4. Name of fourth Defendant: Isela Acantor . The fourth Defendant is employed as: Trolley Operator at City of Scottsdale Trolley
   _(Position and Title)_                    _(Institution)_

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?        ☒ Yes        ☐ No

2. If yes, how many lawsuits have you filed? _4_. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: Patrick Cajon v. Paul Penzone
      2. Court and case number: _____
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: Patrick Cajon v. City of Phoenix
      2. Court and case number: _____
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: Patrick Cajon v. Paul Penzone
      2. Court and case number: _____
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

### D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Discrimination

In the way of punishment.

2. **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.

☐ Basic necessities          ☐ Mail          ☐ Access to the court          ☐ Medical care
☐ Disciplinary proceedings   ☐ Property      ☐ Exercise of religion          ☐ Retaliation
☐ Excessive force by an officer   ☐ Threat to safety   ☒ Other: Discrimination,

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

( Please see ADDED pages )

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Physically, from walking, Emotional and mental Anger
and lost my DoG do too them all will.

5. **Administrative Remedies:**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?          ☐ Yes  ☒ No

b. Did you submit a request for administrative relief on Count I?          ☐ Yes  ☒ No

c. Did you appeal your request for relief on Count I to the highest level?          ☐ Yes  ☒ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. No able to do that on City of Scottsdale

3

Count (1)  Discrimination, And or REFUSHED TO

(FIWEION) a public transportation, IN AWAY OF DISCRIMINATION

WITH INJURYES, Physical Pain and suffering. Because of

The City of Scottsdale (Refushed)" me the plantiff public

Transportation, on or around May-9, 2022. Causing me

Emotional and Menteal Damage. By the Defendants

Stateing its because i was at a Bus-stop and the

Defendants state they "(dont)" use Bus Stops ! ?

And thats why they state they did

(not stop) for me Patrick w Logan), On the 9th day

of may 2022. But yet (I have)" used" this (same)

Bus-stop " many times befor and it was only for

the "City of Scottsdale Trolley, "

Not one time did i use this one stop

pg ①

For any other Reason then the City of Scottsdale Trolley Service, And this is how the 9th day of May went.

I Patrick W Logan Jr. Was at a City of Scottsdale public Bus stop on or around May 9th 2022, With my Dog. Whack-M, at the local public Bus were the City of Scottsdale Trolley come's by ever 15-30 minuts, And i know this because I have used this Bus stop many of times, Because it goes to the City park and Right By 7791 E osborn Rd, Where at a public Bus stop i have got on the City of Scottsdale Trolly and always with my (DOG) And being at a public Bus stop, On Almeria Rd with my Dog Being homless at this time, My Dog is always with me And Not once in Months have or was told

pg(2)

I was not able to ride for any reason at all.

So on May 9th 2022, When i seen the
City of Scottsdale public transportation coming up i got
up and stated to grab my things to get on the (Trolley)
I did try to wave to let the Defendants
"know" that i was waiting on the Trolley not any City
Bus. Being they use the same bus-stops and sometimes
the get made or upset if you dont wave to let them
know, Being i have used them many times i waved to
let them know i needed them. Now i had a bag
and was know to be homeless Because i use them
to get places being that its "free" to ride the trolley
and goes to the park where i took my Dog everyday
and goes right by a place off osborn Rd where i

pg ③

Sometimes stay with a ex

But it was a Arizona Hot day and much
needed to get on the bus-myself and my-Dog "WE"
where out all morning in the "heat". Now i was in a
tank top, And have a lot of prison tattoo's, And it looked
to me that the Trolley Driver Isela Alcantar did see me
and i do know this Driver from being able to get off the
Trolley being (last stop) And i did stating to her are you
kicking me off for some reason, she said (No)
dust my last stop for the day, It being only 5 or 6
I was like ok thank you, But she did state she
knows i'm homeless And did mind that (I dt People)
try to stay on the Bus- to stay out of the (Sun)
or Arizona heat, But i said nothing, And got off the Trolley
pg(9)

Now two days later, At another public bus-stop in the City of scottsdale AZ., The same trolley drive was driving from two days befor

I know she the Defendant #4 did see me, And looked to be laughing as she went by me at a City of Scottsdale public Bus-stop, What looked to be looking and laughing at me and my Dog.

As the Defendant went by me (Not stoping) at the Same bus stop used befor to get on the same Trolley, But not this time, I fil it was Discimadion by the defendants knew i was homless And did'nt want me on there public Bus, Do to this I had to walk Hurs to get back to Osborn Rd with my Dog, Who became sick, As did eye from the heat

pg 5

Causing Physical Pain to my feet. legs
Emotional and mental Damage, Not getting
it i was being laught at, And Refused Services
that i use all the time, And not knowing if my
Dog was going to be ok walking in the heat
And I have used the same stop many times
But on May 9, 2022. I was laughted at.
and they went right pass the Bus stop i have
used many of times in the past.

And Months later, on May 09, 2022
I was Refushed public transportation, Do to me
being (White and or homless) as way of punishment
and Discrimantion, By the Defendants

And theres no Reason for any of the aactions
pg 6

of the Defendants, in this complaint

Was a Violation of My Rights, To use public

Transportation, But for no Reason was Refised

there Service's. (For No Reason)

p 7

## COUNT II

1.  State the constitutional or other federal civil right that was violated: _____

    _____

2.  **Count II.**  Identify the issue involved.  Check **only one.**   State additional issues in separate counts.

    ☐ Basic necessities         ☐ Mail            ☐ Access to the court      ☐ Medical care
    ☐ Disciplinary proceedings  ☐ Property        ☐ Exercise of religion     ☐ Retaliation
    ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other:_____

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

    _____
    _____
    _____

5.  **Administrative Remedies.**
    1.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                    ☐ Yes      ☐ No
    2.  Did you submit a request for administrative relief on Count II?          ☐ Yes      ☐ No
    3.  Did you appeal your request for relief on Count II to the highest level?  ☐ Yes      ☐ No
    4.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
        _____

4

**COUNT III**

1.   State the constitutional or other federal civil right that was violated: _____
_____

2.   **Count III.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.

☐ Basic necessities                ☐ Mail                ☐ Access to the court        ☐ Medical care
☐ Disciplinary proceedings    ☐ Property        ☐ Exercise of religion        ☐ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety   ☐ Other:_____

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.   **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).

_____
_____

5.   **Administrative Remedies.**
  1.   Are there any administrative remedies (grievance procedures or administrative appeals) available at
       your institution?                                                                                                ☐ Yes        ☐ No
  2.   Did you submit a request for administrative relief on Count III?                             ☐ Yes        ☐ No
  3.   Did you appeal your request for relief on Count III to the highest level?             ☐ Yes        ☐ No
  4.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
       did not.   _____
       _____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

Relief I'm Seeking, I want a sorry by the Defendants
and to am coming for in this Matter $4,500,000.00
for Physical Pain, Suffering. Emotional Damage Mental Anguse

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _April, 12, 2023_
                            DATE                                                                  SIGNATURE OF PLAINTIFF


_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)


_____
(Signature of attorney, if any)


_____
(Attorney=s address & telephone number)

---

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

# <u>CERTIFICATION</u>

I hereby certify that on this date _____ **April 26, 2023** _____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other _____

___ _____

___ _____

_____ A7879
Legal Support Specialist Signature   S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009